# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AKRON METROPOLITAN HOUSING AUTHORITY, | : : : : : : : : : : : | |
| | | CASE NO. 5:26-cv-00263 |
| Plaintiff, | | |
| v. | | JUDGE SARA LIOI |
| CASCADE VILLAGE NORTH LIMITED PARTNERSHIP, *et al*. | | |
| Defendants. | | |

### DEFENDANT THE COMMUNITY BUILDERS, INC.'S
### MOTION TO DISSOLVE OR MODIFY
### STATE COURT *EX PARTE* TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65(b)(4), Defendant The Community Builders, Inc. ("TCB") hereby moves to dissolve or modify the *Ex Parte* Temporary Restraining Order ("*Ex Parte* TRO") entered by the Court of Common Pleas, Summit County, Ohio (the "Summit County Court") in *Akron Metropolitan Housing Authority v. Cascade Village North Limited Partnership, et al.*, Case No. CV-2026-01-0407 (Summit Cty) on January 30, 2026. [Dkt. No. 1-2 at 327-350].

In support of this Motion, TCB contemporaneously submits a Memorandum of Law with exhibits and a Declaration.

TCB respectfully requests that this Court hold a hearing pursuant to Fed. R. Civ. P. 65(b)(4) on February 4, 2026, at which all parties can be heard on whether the *Ex Parte* TRO should be dissolved or modified.

1

                                                Respectfully submitted**,**

Dated: February 2, 2026                      By: */s/ Michael J. Summerhill*
                                                Richard C. Pedone (*pro hac vice forthcoming*)
                                                NIXON PEABODY LLP
                                                Exchange Place
                                                53 State Street
                                                Boston, Massachusetts 02109
                                                Telephone: (617) 345-1000
                                                rpedone@nixonpeabody.com

                                                -and-

                                                Christopher J. Fong (*pro hac vice forthcoming*)
                                                NIXON PEABODY LLP
                                                55 West 46th Street
                                                New York, NY 10036
                                                Telephone: (212) 940-3000
                                                cfong@nixonpeabody.com

                                                -and-

                                                Michael J. Summerhill (OH 0069996)
                                                NIXON PEABODY LLP
                                                70 W. Madison Street, Suite 5200
                                                Chicago, Illinois 60602
                                                Telephone: (312) 977-4400
                                                msummerhill@nixonpeabody.com

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing on all counsel and other entities receiving notice via this Court's ECF System at the time of filing of this motion on February 2, 2026.

                                                By: */s/ Michael J. Summerhill*
                                                Michael J. Summerhill