## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| AKRON METROPOLITAN HOUSING AUTHORITY, | : : : : : : : : : : : : : | CASE NO. 5:26-cv-00263 |
| Plaintiff, | | |
| v. | | JUDGE SARA LIOI |
| CASCADE VILLAGE NORTH LIMITED PARTNERSHIP, *et al.* | | |
| Defendants. | | |

**DECLARATION IN SUPPORT OF
DEFENDANT THE COMMUNITY BUILDERS, INC.'S
MOTION TO DISSOLVE OR MODIFY
STATE COURT *EX PARTE* TEMPORARY RESTRAINING ORDER**

I, K. Leah Whiteside, do hereby depose and state:

1. I am an adult resident of Massachusetts and am employed as Director, Acquisitions & Preservation, of The Community Builders, Inc.

2. TCB is a nationally recognized nonprofit affordable housing and community development organization with over sixty years of experience. TCB provides residential property management services to Cascade Village.

3. Cascade Defendants owe TCB at least $1.5M in deferred management fees and other advances.

4. Beginning in 2025, TCB initiated discussions with AMHA regarding a voluntary transition of Cascade Village to AMHA and the discussions were extensive. There have been dozens of emails and calls with representatives of TCB and AMHA concerning this transition.

5. TCB did not ever communicate to AMHA or any other party that it would cease to manage the properties earlier than February 5, 2026 – the date referenced in the termination letter

4920-5972-9292.3

– and in fact TCB indicated a willingness to continue to manage through a prompt transition. TCB always intended to further extend the deadline by which it would cease to manage by at least another week or more and never indicated that it would abandon the projects. As detailed below this fact was openly stated at a public meeting that representatives of AMHA attended before they sought emergency relief in the Ohio court.

6. For over the past two months, in numerous communications with AMHA, TCB asked AMHA to identify a replacement manager and they refused to do so. As of this date, AMHA still has not identified a potential new manager.

7. On Thursday, January 29, 2026, I attended two meetings with tenants at which TCB's CEO and I announced that although Cascade Villages would be reverting to AMHA, TCB would manage through a transition period that could extend through April. Although AMHA had declined TCB's invitation to participate in the sessions, TCB staff observed AMHA representatives sitting among the residents and taking notes on TCB's statements during sessions.

8. In our experience, from the date that a new manager is identified, a transition usually takes a minimum of 20 to 30 days. The Receivership Order provides that the Receiver may engage a manager within 48 hours of the Effective Date. To date, no notice of the Effective Date has been provided.

9. TCB is not willing to work for a receiver who has not demonstrated significant experience with managing HUD properties and other affordable housing properties and has not been approved by HUD.

Sworn to under the pains and penalties of perjury, this second day of February, 2026

*K. Leah Whiteside*
K. Leah Whiteside

4920-5972-9292.3