Docusign Envelope ID: 14EE8A8B-7D0F-4204-B466-4EEEFAD2EF3D



33 Arch Street
10th Floor, Suite 1000
Boston, MA 02110
P. 857-221-8600
TCBINC.ORG

**PERSONAL SERVICE**

February 5, 2026

Cascade Village North Limited Partnership
106 North Main Street
Akron, Ohio 44308

Cascade Village South Limited Partnership
33 Arch Street, Suite 1000
Boston, Massachusetts 02110

Cascade Village East-West Limited Partnership
33 Arch Street, Suite 1000
Boston, Massachusetts 02110

Re: Cascade Village – Continuation of Property Management Services at Cascade Village

Dear Mr. Wilson:

Reference is made herein to:

1. that certain Management Agreement between Cascade Village North Limited Partnership (the "North Owner"), and The Community Builders, Inc. (the "Agent") dated September 30, 2005 (the "North Management Agreement"), under which Agent agreed to provide certain services to North Owner in connection with a housing development located in Akron, Summit County, Ohio ("Cascade Village North");

2. that certain Management Agreement between Cascade Village East-West Limited Partnership (the "East-West Owner"), and Agent dated August 7, 2008 (the "East-West Management Agreement"), under which Agent agreed to provide certain services to East-West Owner in connection with a housing development located in Akron, Summit County, Ohio ("Cascade Village East-West"); and

3. that certain Management Agreement between Cascade Village South Limited Partnership (the "South Owner", together with North Owner and East-West Owner, the "Owners"), and Agent, dated September 26, 2007 (the "South Management Agreement", together with the North Agreement and the East-West Agreement, the "Management Agreements"), under which Agent agreed to provide certain services to South Owner in connection with a housing development located in Akron, Summit County, Ohio ("Cascade

<u>Village South</u>", together with Cascade Village North and Cascade Village East-West, "<u>Cascade Village</u>").

Pursuant to those certain notices, dated January 22, 2026, Agent terminated the Management Agreements with Owners, effective January 29, 2026, but agreed to continue providing property management services at Cascade Village on a week-to-week basis through February 5, 2026.

This letter is to provide formal notice that notwithstanding termination of the Management Agreements, TCB will continue to provide property management services at Cascade Village through and including **March 20, 2026**, provided that: (i) no state of federal court order appointing a receiver over Cascade Village goes effective, and (ii) Agent is compensated as set forth in section 26 of the Management Agreements, and on the terms provided for in the Management Agreements. Subsequent to March 20, 2026, Agent will not have any further obligations to provide property management services at Cascade Village unless the Agent provides further election to extend in writing.

**THE COMMUNITY BUILDERS, INC.**

By: *Lisa Wilcox-Erhardt*
Name: Lisa Wilcox-Erhardt
Title: Authorized Agent


ACCEPTED AND AGREED TO BY:

**CASCADE VILLAGE EAST-WEST LIMITED PARTNERSHIP**

By: Cascade Village East-West, Inc.,
  its General Partner

By: *D. Morgan Wilson*
Name: D. Morgan Wilson
Title: Authorized Agent


**CASCADE VILLAGE NORTH LIMITED PARTNERSHIP**

By: Cascade Village North, Inc.,
  its General Partner

By: *D. Morgan Wilson*
Name: D. Morgan Wilson
Title: Authorized Agent

**CASCADE VILLAGE SOUTH LIMITED PARTNERSHIP**

By: Cascade Village South, Inc.,
    its General Partner

By: *D. Morgan Wilson*
Name: D. Morgan Wilson
Title: Authorized Agent

cc:
Akron Metropolitan Housing Authority
100 West Cedar Street
Akron, OH 44307
Attn: Erin Myers, Director, Real Estate Development
emyers@akronhousing.org

Reno & Cavanaugh PLLC
424 Church Street, Suite 2910
Nashville, TN 37219
Attn: Joseph R. Prochaska
jprochaska@renocavanaugh.com

Citizens Bank, N.A.
c/o Curtis Tuggle
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Curtis.Tuggle@ThompsonHine.com

Charter One Bank, N.A. (n/k/a Citizens Bank, N.A.)
1215 Superior Avenue
Cleveland, OH 44114
Attn: Commercial Real Estate Lending

Citizens Bank, N.A.
28 State Street, Boston, MA 02109
Attn: Amy Farrell, Senior Vice President, Portfolio Management
Community Development
MS24000
amy.w.farrell@citizensbank.com

Citizens Bank, N.A.
28 State Street, MS2405
Boston, MA 02109
Attn: Veronica M. Alger, SVP – Restructuring Management
veronica.m.alger@citizensbank.com